

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00361-CV

_____

**CRAIG CHAMPION,**

**Appellant**

 **v.**

**FRANK RAMSEY, RAMSAY RAMSEY,**
**RANDAL RAMSEY, AND DBA SUMMIT**
**PROPERTIES AND MANAGEMENT COMPANY,**

**Appellees**

_____

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 11-000044-CV-85**

_____

# O R D E R

_____

Appellant's Motion to Transfer Record, filed on December 8, 2015, is granted in part. The Clerk of this Court is ordered to transfer the appellate record from case number 10-12-00394-CV to this appeal, case number 10-15-00361-CV, on the date this order issues.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Granted in part
Order issued and filed December 17, 2015

